IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JONATHAN W. BOHN,

    Plaintiff,

v.

USA, UNITED STATES MARSHALS,
SOUTHERN DISTRICT OF ILLINOIS,

    Defendants.

Case No. 23-cv-3498-NJR

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Plaintiff Jonathan Bohn, a federal inmate who recently was held at the St. Clair County Jail, brought this action for alleged deprivations of his rights.[1] On October 30, 2023, the Court conducted an initial review of Plaintiff Jonathan Bohn's Complaint by the terms of 28 U.S.C. § 1915A and determined that his pleading failed to state a claim for a variety of reasons. (Doc. 6). Bohn was invited to file an amended pleading by November 29, 2023, failing which this case would be dismissed for failure to state a claim and failure to prosecute. (Doc. 6). To date, the Court has not received any correspondence from Bohn about this matter.[2] In fact,

---

[1] The undersigned revoked Bohn's previously imposed term of federal supervised release on November 7, 2023. *See* Doc. 247 in Case No. 10-30019-NJR-1 (S.D. Ill.). Bohn was sentenced to 14 months' imprisonment, to be followed by an 18 month term of supervised release. It appears Bohn has already been transferred to the Bureau of Prisons at FCI-Forrest City-Low. *See* https://www.bop.gov/inmateloc/ (last visited Dec. 19, 2023).

[2] On December 15, 2023, the Court received a pleading from Bohn that was labeled as a "new complaint," and discussed medical care for rectal bleeding at the St. Clair County Jail. This pleading was opened as a new case because it was labeled as such by Bohn. *Bohn v. Jane Does, et al.*, 23-cv-3949-NJR (S.D. Ill. 2023). The Complaint was signed and dated November 29, 2023. The contents of the complaint are entirely unrelated to the allegations in this case, so the Court does not believe that Bohn intended for this pleading to be filed as an amended complaint in the above-captioned matter. However, the Court interprets the

Bohn has also missed the deadlines to file his consent form concerning the referral of this matter to a United States Magistrate Judge. (Docs. 3,7).

On December 4, 2023, Bohn was directed to show cause within 14 days about his failure to timely submit his consent form. That correspondence was returned to the Court as undeliverable because Bohn is no longer in custody at the St. Clair County Jail. (Doc. 9). Bohn was warned at the inception of this case that he was required to keep the Court informed if his address changed, but the Court has not received any address change notifications from Bohn. (Doc. 4).

Bohn has been clearly warned that if he does not participate in this case or communicate with the Court, this matter may be dismissed for failure to prosecute or follow court orders. (Doc. 6 at 6; Doc. 7); *see also* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action for failure to prosecute if a party does not provide a timely response to a court order). Given Bohn's failure to participate in this litigation, the Court now finds it appropriate to dismiss this case without prejudice for failure to prosecute. The Clerk of Court is **DIRECTED** to enter judgment consistent with this Order and to **CLOSE** this case.

**IT IS SO ORDERED.**

DATED:  December 19, 2023

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**

---

receipt of this new case as an indication that Bohn intentionally opted not to proceed in this case, 23-3498-NJR-1.